UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHANI FINI,

    Plaintiff,

v.                                    Case No.  6:12-cv-690-Orl-22TBS

DISH NETWORK, L.L.C.,

    Defendant.
_____

## ORDER

Pending before the Court is Defendant's Emergency Unopposed Motion to Seal (Doc. 43).  Counsel for Defendant represents in the motion that Plaintiff has been consulted and does not oppose the relief being requested.

Upon due consideration, the motion is GRANTED to the extent that Defendant may file the six documents described in the motion under seal.  The Clerk of Court will hold the documents under seal until further order of the Court.  Defendant asks that these documents be sealed "indefinitely."  How long the documents remain sealed is an issue that remains to be determined.

This brings the Court to Defendant's designation of this motion as an "emergency."  Defendant offers no explanation why this matter is an emergency.  The Court suspects the motion was filed because Defendant would like to use the documents in its response to Plaintiff's motion for summary judgment filed yesterday.  If the Court is correct, then the motion concerns a matter that is not urgent or remarkable.  When the Court receives a motion designated as an emergency it stops whatever it is doing and gives its full attention to the motion.  The Court does not

appreciate having its day needlessly disrupted by motions that do not assert real emergencies. An emergency exists when there is an immediate threat of irreparable harm to person or property. Defendant has not averred any reason why its motion evidences a danger that is immediate, urgent or irreparable. The motion should have been filed in the ordinary course of business; not as an emergency.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on December 14, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel